UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 9:19-cv-81320-WPD

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION,

      Plaintiff,

v.

M1 5100 CORP., d/b/a JUMBO
SUPERMARKET, INC.,

      Defendant.

_____/

## FINAL ORDER APPROVING CONSENT DECREE
## AND DISMISSAL WITH PREJUDICE

THIS CAUSE is before the Court on the Joint Motion to Approve Consent Decree [DE 75], filed on October 15, 2020.  The Court has carefully considered the Joint Motion and the Consent Decree attached thereto [DE 75-1], and is otherwise fully advised in this matter.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1.    The Joint Motion to Approve the Consent Decree [DE 75] is hereby **GRANTED**.

2.    The Court hereby **APPROVES** the Consent Decree [DE 75-1].

3.    This case is **DISMISSED**.

4.    The Court retains jurisdiction to enforce the Consent Decree.

5.    This case is **CLOSED** and all pending motions are hereby denied as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 16th day of October, 2020.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of Record